IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COLUMBIA RIVER TECHNOLOGIES 1, LLC,

    Plaintiff,                                      Case No. 19-cv-385-jdp

    v.

BLACKHAWK GROUP, LLC,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Columbia River Technologies 1, LLC against Blackhawk Group, LLC in the amount of $235,000.

| s/ R. Swanson, Deputy Clerk | 3/3/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |